**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 20-13845-VFP** |
| | **CHAPTER 13** |
| **Maria Pinho,** | |
|    **Debtor.** | |
| _____/ | |

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DLJ Mortgage Capital, Inc., ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

          Robertson, Anschutz, Schneid & Crane LLC
          Attorney for Secured Creditor
          10700 Abbott's Bridge Road, Suite 170
          Duluth, GA 30097
          Telephone: 470-321-7112
          Local Number: 973-575-0707
          By: /s/Shauna Deluca
          Shauna Deluca, Esquire
          Email: sdeluca@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Maria Pinho
134 Orchard St
Garfield, NJ 07026-2714

And via electronic mail to:

Simone Mulla
Patel, Soltis & Cardenas
574 Newark Ave
Suite 307
Jersey City, NJ 07306

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

    Robertson, Anschutz, Schneid & Crane LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Local Number: 973-575-0707
    By: /s/Shauna Deluca
    Shauna Deluca, Esquire
    Email: sdeluca@rasflaw.com