Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.:  20−13845−VFP
> Chapter:  13
> Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Pinho
   134 Orchard St
   Garfield, NJ 07026−2714

Social Security No.:
   xxx−xx−1955

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/6/20 and a confirmation hearing on such Plan has been scheduled for 5/7/20.

The debtor filed a Modified Plan on 4/26/20 and a confirmation hearing on the Modified Plan is scheduled for 6/4/20 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 27, 2020
JAN: lc

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 20-13845-VFP
Maria Pinho                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1              Date Rcvd: Apr 27, 2020
                              Form ID: 186                Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
db              Maria Pinho,    134 Orchard St,    Garfield, NJ 07026-2714
cr             +DLJ Mortgage Capital, Inc,    Robertson, Anschutz, Schneid & Crane LLC,
                10700 Abbotts Bridge Road, Suite 170,    Duluth,, GA 30097-8461
cr             +DLJ Mortgage Capital, Inc.,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
518750486      +Bergen County Special Civil Court,    10 Main St Rm 427,    Hackensack, NJ 07601-7069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 27 2020 23:44:32      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 27 2020 23:44:30      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518811177       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2020 23:51:30
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
518810197      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 27 2020 23:44:52
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                Coral Gables    FL 33146-1873
518750487       E-mail/Text: bankruptcydpt@mcmcg.com Apr 27 2020 23:44:30      Midland Funding LLC,
                2365 Northside Dr # 300,    San Diego, CA 92108-2709
518750488       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 23:51:25
                Portfolio Recovery A Ssoc LLC,    PO Box 12914,    Norfolk, VA 23541-0914
518750489       E-mail/Text: bkteam@selenefinance.com Apr 27 2020 23:43:55      Selene Finance,
                Attn: Bankruptcy,    PO Box 422039,    Houston, TX 77242-4239
518750490       E-mail/Text: bkteam@selenefinance.com Apr 27 2020 23:43:56      Selene Finance Lp,
                9990 Richmond Ave,    Houston, TX 77042-4559
                                                                                               TOTAL: 8

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              Brian S Fairman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY bkecfinbox@aldridgepite.com,    BSF@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Shauna M Deluca    on behalf of Creditor    DLJ Mortgage Capital, Inc. sdeluca@rasflaw.com
              Shauna M Deluca    on behalf of Creditor    DLJ Mortgage Capital, Inc sdeluca@rasflaw.com
              Simone  Mulla    on behalf of Debtor Maria  Pinho mulla@focusedlaw.com,
               g35648@notify.cincompass.com;bk@focusedlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Veer P Patel    on behalf of Debtor Maria  Pinho bk@focusedlaw.com,
               andres@focusedlaw.com;g35648@notify.cincompass.com;bk@focusedlaw.com;soltis@focusedlaw.com;figuer
               oa@focusedlaw.com
                                                                                               TOTAL: 8