UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PATEL, SOLTIS & CARDENAS, LLC
By: Veer Patel, Esq.
574 Newark Avenue, Suite 307
Jersey City, NJ 07306
(973) 200-1111
info@focusedlaw.com
Attorney for Debtors Maria Pinho

Case No.:		20-13845

Chapter:		_____13_____

Hearing Date:	___June 4, 2020 8:30 AM_

Judge:		_____ VFP _____

In Re:

Maria Pinho

## CERTIFICATION OF SERVICE

1. I, _____Veer Patel._____ :

    ☒ represent ____ Maria Pinho _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On_ April 26, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Plan, Schedules I & J, Summary of Assets and Liabilities and Certain Statistical Information, Declaration About Individuals Filing Bankruptcy

3.. 	I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:	___April 30, 2020_____	___/s/Veer Patel_____
					Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>magecf@magtrustee.com | Trustee | ☒ Other _Electronic Filing____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Shauna M Deluca on behalf of Creditor   DLJ Mortgage Capital, Inc<br>sdeluca@rasflaw.com | Creditor | ☒ Other __Electronic Filing_<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| U.S. Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | Trustee | ☒ Other_Electronic Filing_ |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail |
| Brian S Fairman on behalf of Creditor BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com | Creditor | ☒ Electronic Filing |
| Bergen County Special Civil Court<br>10 Main St Rm 427<br>Hackensack, NJ 07601-7042 | Creditor | ☒ Regular mail |