UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PATEL, SOLTIS & CARDENAS, LLC
By: Veer P. Patel, Esq.
574 Newark Avenue, Suite 307
Jersey City, NJ 07306
(844)-533-3367
info@focusedlaw.com
Attorney for Maria Pinho

In Re:

Maria Pinho

Case No.:   20-13845-VFP

Chapter:    13

Judge:      VFP

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Veer P. Patel, Esq. will be substituted as attorney of record for Maria Pinho, Debtor in this case. [19]

Date: May 19, 2020      /s/ Simone Mulla, Esq.
                        Signature of Former Attorney

Date: May 19, 2020      /s/ Veer P. Patel, Esq.
                        Signature of Substituted Attorney[20]

*rev.8/1/16*

---

[19] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[20] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.