UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (260772018)

Order Filed on March 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Maria Pinho,**
    **Debtor.**

Case No.: 20-13845-VFP

Chapter: 13

Hearing Date: March 18, 2021

Judge: Vincent F. Papalia

Recommended Local Form:  ☑ Followed    ☐ Modified

## ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: March 22, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page **2**
Debtor: Maria Pinho
Case No.: 20-13845-VFP
Caption of Order: **Order Vacating Stay and Co-Debtor Stay**

---

Upon the motion of Selene Finance LP, as attorney in fact for DLJ Mortgage Capital, Inc., ("Secured Creditor") under Bankruptcy Code section 362(d) and 11 U.S.C. § 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

134 Orchard Street, Garfield, NJ 07026

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor, any trustee, and any other party who entered an appearance on the motion.